UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SHARON P. BOLLINGER AND JAMES BOLLINGER

VERSUS

JEFFERY S. HENDRIX, EMPIRE EXPRESS, INC. AND CHEROKEE INSURANCE COMPANY

CIVIL ACTION

NUMBER 08-102-FJP-DLD

## ORDER

This matter is before the court on a referral from the district court on Cherokee Insurance Company's Motion to Compel Answers to Interrogatories and Responses to Request for Production and Request for Attorneys' Fees and Sanctions (rec.doc. 5), filed herein on May 7, 2008. Cherokee stated in its motion that it propounded discovery to James Bollinger on February 21, 2008.

According to ULLR 7.5M, any opposition to this motion was required to be filed within twenty (20) days after service. Plaintiff's response to the motion was due May 27, 2008, but as of May 29, 2008, the court has not received such response.

In light of the plaintiff's failure to respond both to the discovery and to this motion in a timely fashion, Cherokee Insurance Company's motion is **GRANTED** with reasonable costs not to exceed $250, excluding attorneys' fees, to be borne by James Bollinger, and James Bollinger is **ORDERED** to file responses to outstanding discovery on or before **June 9, 2008**. No attorneys' fees are awarded at this time, however, repeated failure to respond to discovery may result in additional sanctions, including the awarding of attorneys' fees.

Signed in Baton Rouge, Louisiana, on May 29, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**